**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Edmund B. Heimlich v. David S. Cook, Dependent Administrator of
the Estate of Ernest L. Heimlich, Deceased

Appellate case number:  01-22-00595-CV

Trial court case number: 495484

Trial court:                    Probate Court No. 1

Date motion filed:          December 5, 2022

Party filing motion:        Appellant.


It is ordered that appellant's motion for rehearing and all outstanding motions are **denied**.
*See* TEX. R. APP. P. 49.3.


Judge's signature: _____/s/ Sherry Radack_____
                          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Landau and Hightower.


Date:  ____December 15, 2022_____